**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 06-cv-00325-LTB-MEH

VICTOR VIRGILIO JONES,

       Petitioner,

v.

UNITED STATES,

       Respondents.
_____

**ORDER**
_____

This matter is before the Court for *de novo* review of the Magistrate Judge's Recommendation that the above action be dismissed without prejudice. The recommendation was issued and served on April 12, 2006. Petitioner has filed timely written objections to the Magistrate Judge's recommendation. Review therefore is *de novo* in light of the file in this action and the objections of the Petitioner. On *de novo* review, I conclude that the Magistrate Judge's thorough analysis and recommendation is correct.

Accordingly

IT IS ORDERED that the above action is DISMISSED WITHOUT PREJUDICE.

                                              BY THE COURT:

                                                s/Lewis T. Babcock
                                              Lewis T. Babcock, Chief Judge

DATED: May 11, 2006